# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| GAVIN HOWARD, | ) |
| Petitioner, | ) ) |
| v. | ) Case No. 7:22-cv-584-LCB-GMB |
| DENISE HASTY, *et al*, | ) ) ) |
| Respondents. | ) ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 23) on October 5, 2022 recommending that the petition for writ of habeas corpus be dismissed for lack of jurisdiction. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for writ of habeas corpus is due to be **DISMISSED** for lack of jurisdiction.

A final judgment will be entered.

This court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims

debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds the petitioner's claims do not satisfy either standard.

**DONE** and **ORDERED** November 8, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE